IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW ADDEO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-2239 |
| | : | |
| PHILADELPHIA FIREFIGHTER AND PARAMEDIC UNION: LOCAL 22 OF THE INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, et al. | : | |

## **ORDER**

AND NOW, this 19th day of March, 2018, for the reasons set forth in the accompanying Memorandum, it is ORDERED:

- Defendants Philadelphia Firefighters' and Paramedics' Union International Association of Fire Fighters Local 22 and City of Philadelphia's Motions to Dismiss Plaintiff Andrew Addeo's original Complaint in the above-captioned action (Documents 2 and 4) are GRANTED.

- Addeo's Cross-Motion for Leave to File Amended Complaint to Assert Claims Under § 1983 and Breach of Duty of Fair Representation Against the City of Philadelphia and IAFF Local 22, Respectively (Document 12) is GRANTED. The revised proposed amended complaint attached to Addeo's supplemental brief in support of his cross-motion (Document 16-1) shall be filed.

- Defendants shall respond to the amended complaint on or before April 2, 2018

- A case management order will be entered separately.

BY THE COURT:

　/s/ Juan R. Sánchez　
Juan R. Sánchez, J.